UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN MANUEL RAMOS RODRIGUEZ A/K/A JULIO ESTRADA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALYN BECK, et al.,<br><br>Defendants. | Case No. 2:17-cv-00498-APG-PAL<br><br>**ORDER**<br><br>(Receipt of Initiating Docs. – ECF No. 1) |

This matter is before the court on Plaintiff Juan Manuel Ramos Rodriguez's Receipt of Initiating Documents (ECF No. 1). These documents are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Plaintiff is a pretrial detainee in the custody of the Clark County Detention Center. He proceeding in this action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. He submitted a Complaint (ECF No. 1-1) as part of his initiating documents, but did not pay the $400 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). In order to proceed in this action without paying the standard filing fee, LSR 1-1 of the Local Rules of Practice and 28 U.S.C. § 1915 provide that a litigant must submit the court's form IFP application. Additionally, LSR 1-2 and § 1915 specifically require three items be submitted to this court with a prisoner's IFP application: (1) a financial certificate signed by an authorized officer of the institution in which he or she is incarcerated, (2) a copy of his or her inmate trust account statement for the six-month period prior to filing, and (3) a signed financial affidavit showing an inability to prepay fees and costs or give security for them.

Accordingly,

/ / /

1

**IT IS ORDERED:**

1. The Clerk of Court shall RETAIN Plaintiff Juan Manuel Ramos Rodriguez's Complaint (ECF No. 1-1).
2. The Clerk of the Court shall MAIL Plaintiff a blank form Application to Proceed *in Forma Pauperis* for incarcerated litigants with instructions.
3. Plaintiff shall have until **April 5, 2017**, to file the Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate, a signed and executed financial affidavit, and a statement of his inmate trust account.
4. Alternatively, Plaintiff shall pay the $400 filing fee, accompanied by a copy of this Order, on or before **April 5, 2017**.
5. Plaintiff shall file a certificate of interested parties as required by LR 7.1-1 of the Local Rules of Practice on or before April 5, 2017.
6. Plaintiff's failure to comply with this Order by (a) submitting an Application to Proceed *In Forma Pauperis*, or (b) paying the $400 filing fee before the **April 5, 2017** deadline will result in a recommendation to the district judge that this case be dismissed.

Dated this 6th day of March, 2017.

                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE