# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL RAMOS-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALYN BECK, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00498-APG-PAL<br><br>**ORDER DIRECTING CLERK'S OFFICE TO FILE COMPLAINT IN THIS CASE IN CASE NO. 2:15-CV-01212-GMN-NJK AND TO CLOSE THIS CASE** |

On February 16, 2017, plaintiff Manuel Ramos-Rodriguez filed a complaint which the clerk's office docketed as a new action. ECF No. 1. Magistrate Judge Leen then directed Ramos-Rodriguez to complete an application to proceed in forma pauperis or pay the filing fee. ECF No. 2. Ramos-Rodriguez complied, but he also sent a notice to the court inquiring why his case was assigned a new case number when he intended that his complaint be the amended complaint in case number 2:15-cv-01212-GMN-NJK. ECF No. 6.

In light of Ramos-Rodriguez's explanation that this case was opened in error, I will direct the clerk's office to file the complaint docketed in this case at ECF No. 1-1 in case number 2:15-cv-01212-GMN-NJK as if it had been filed in that case as of February 16, 2017. I further will instruct the clerk of court to close this case. Ramos-Rodriguez is advised that he should ensure his future submissions to the court bear the correct caption and case number to avoid confusion in the future and to ensure his documents are properly filed.

IT IS THEREFORE ORDERED that the clerk of court shall take the complaint that is docketed in this case at ECF No. 1-1 and file it in case number 2:15-cv-01212-GMN-NJK as if it were filed on February 16, 2017 in that case. The clerk of court is instructed to close this case.

DATED this 12th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE