# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| MANUEL RAMOS-RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALYN BECK, *et al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-00498-APG-PAL<br><br>**ORDER GRANTING MOTION FOR REFUND OF FILING FEE**<br><br>(ECF No. 8) |

This case was opened in error. *See* ECF No. 7. Plaintiff Manuel Ramos-Rodriguez moves to have the filing fee refunded and to stop any future withdrawals from his inmate trust account to pay the filing fee in this case. That motion is granted.

IT IS THEREFORE ORDERED that plaintiff Manuel Ramos-Rodriguez's motion for refund of the filing fee in case number 2:17-cv-00498-APG-PAL **(ECF No. 8) is GRANTED**.

IT IS FURTHER ORDERED that the clerk of court shall refund any filing fees paid in this case to:

Manuel Ramos-Rodriguez CCDC #1212984
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

IT IS FURTHER ORDERED that the Clark County Detention Center shall no longer forward any funds from Manuel Ramos-Rodriguez's account to pay the filing fee in this action.

IT IS FURTHER ORDERED that the clerk of court shall send a copy of this order to the finance division of the clerk's office and to the CCDC Accounting Supervisor, 330 S. Casino Center Blvd., Las Vegas, NV 89101. If the plaintiff should be transferred into the custody of the Nevada Department of Corrections, the CCDC Accounting Supervisor is directed to send a copy

/ / / /

/ / / /

of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

DATED this 3rd day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE